# Order

Michigan Supreme Court
Lansing, Michigan

December 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156574(21)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAYMOND HENLEY,
      Defendant-Appellant.

SC: 156574
COA: 339217
Wayne CC: 10-009263-FC

_____/

     On order of the Chief Justice, the motion of defendant-appellant to strike the answer of plaintiff-appellee is DENIED. Defendant-appellant may move to extend the time for filing a reply at the time it is submitted to the Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2017



Clerk